UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
EASTERN DISTRICT-WI
FILED
2018 AUG -7 P 2:33
STEPHEN C. DRIES
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **18-CR-164** |
| Plaintiff, | |
| | Case No. 18-CR- |
| v. | |
| | [18 U.S.C. § 2251(a)] |
| JASON W. JUNEK, | |
| a/k/a "Jordan Fuerst," | |
| | **Green Bay Division** |
| Defendant. | |

## INDICTMENT

### COUNT ONE

(Sexual Exploitation of a Child)

**THE GRAND JURY CHARGES THAT:**

Between September 4, 2017, and October 21, 2017, in the State and Eastern District of Wisconsin and elsewhere,

**JASON W. JUNEK,
a/k/a "Jordan Fuerst,"**

knowingly employed, used, persuaded, induced, enticed and coerced Female A, a minor under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: he obtained a visual depiction of Female A, engaged in the lascivious exhibition of her genitals, which visual depiction the defendant knew and had reason to know would be mailed and transported across state lines and in foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

(Sexual Exploitation of a Child)

**THE GRAND JURY FURTHER CHARGES THAT:**

Between November 27, 2017, and December 11, 2017, in the State and Eastern District of Wisconsin and elsewhere,

**JASON W. JUNEK,
a/k/a "Jordan Fuerst,"**

knowingly employed, used, persuaded, induced, enticed and coerced Female B, a minor under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: he obtained a visual depiction of Female B, engaged in the lascivious exhibition of her genitals, which visual depiction the defendant knew and had reason to know would be mailed and transported across state lines and in foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE NOTICE

Upon conviction of the charges in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses, including, but not limited to, the following:

1. Any other equipment, instrumentalities, and items used or intended to be used in the transportation, shipment, production, receiving, distribution, or possession of child pornography.

**A TRUE BILL:**

_____
FOREPERSON

Dated: 8/7/18

_____
MATTHEW D. KRUEGER
United States Attorney