# UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No.: 18-CR-164 |
| JASON W. JUNEK (a/k/a Jordan Fuerst) | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jason W. Junek (a/k/a Jordan Fuerst)
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of Children

STEPHEN C. DRIES, Clerk, U.S. District Court

Date:  August 8, 2018                          s/ Mara A. Corpus, Deputy Clerk
                                                      *Signature of Deputy Clerk*

City and state:  Green Bay, Wisconsin

| Return |
|---|
| This warrant was received on *(date)* 8 8 18 , and the person was arrested on 8 10 18 at *(city and state)* Neenah , WI . |

Date: 8/10/18

*Kristina M Haver*
*Arresting officer's signature*

Kristina M Haver  Deputy US Marshal
*Printed name and title*